# WIDOW.

**FLOWERS, EXECUTOR, *against* KENT. *Bennington*, 1817.**

IN case there was a parol agreement, between husband and wife, before marriage, that the personal property of the woman should remain to her sole and separate use, although the property should come into the possession of the husband, during coverture, and be again put out, and the security taken in the name of the wife ; on the death of the husband, the property belongs to the wife.